UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CHERYLE A. CARLSON,**

    **Plaintiff,**

    **v.**                                        **Civil Case No. 05-C-1357**

**ROCKLEDGE FURNITURE LLC d/b/a**
**ASHLEY FURNITURE HOMESTORE,**

    **Defendant.**

---

### ORDER FOR DISMISSAL

---

Based upon the stipulation of the parties,

**IT IS ORDERED** that the above-captioned action, including all claims and counterclaims as asserted, or which could have been asserted, are hereby dismissed on the merits, with prejudice, and without costs to any party.

Dated at Milwaukee, Wisconsin this 2nd day of February, 2007.

                                      BY THE COURT:

                                      s/ Rudolph T. Randa
                                      Honorable Rudolph T. Randa
                                      Chief Judge